

Kevin S. Sinclair, Esq., Nevada Bar No. 12277
 *ksinclair@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
 *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Attorneys for Specially Appearing Defendants
FIDELITY NATIONAL TITLE INSURANCE COMPANY and
CHICAGO TITLE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, et al.,<br><br>Defendant. | Case No.: 2:19-cv-00409-GMN-VCF<br><br>**STIPULATION AND ORDER EXTENDING SPECIALLY APPEARING DEFENDANT CHICAGO TITLE INSURANCE COMPANY'S TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Plaintiff Deutsche Bank National Trust Company, as Indenture Trustee, on Behalf of the Holders of the Accredited Mortgage Loan Trust 2004-3 Asset-Backed Notes ("Deutsche Bank") and specially appearing Defendants Fidelity National Title Insurance Company ("Fidelity") and Chicago Title Insurance Company ("Chicago Title," and with Fidelity and Deutsche Bank, the "Parties"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, Deutsche Bank filed its complaint in this matter on March 8, 2019 (ECF No. 1);

WHEREAS, Deutsche Bank served the complaint on Fidelity and Chicago Title on May 2, 2019 (ECF Nos. 6-7);

WHEREAS, Fidelity filed a motion to dismiss the complaint on May 7, 2019 (ECF No. 4);

1
**STIPULATION AND ORDER RE CHICAGO TITLE'S TIME TO RESPOND TO COMPLAINT**
521260.1

WHEREAS, the Parties recently discovered that, due to an inadvertent error, Chicago Title has not yet filed a response to the complaint;

WHEREAS, Deutsche Bank has agreed to extend Chicago Title's time to respond to the complaint to November 22, 2019; and

WHEREAS, this is the first stipulation for an extension of Chicago Title's time to respond to the complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /



Now, therefore, the parties hereto, by and through their counsel of record, hereby stipulate and agree as follows:

1. Chicago Title shall file its response to the complaint on or before November 22, 2019.
2. Chicago Title intends to preserve its right and do not expressly waive any and all defenses listed in Fed. R. Civ. P. 12(b), including with respect to whether it is subject to personal jurisdiction in this forum.

Dated this 13th day of November 2019     EARLY SULLIVAN WRIGHT
                                                                     GIZER & McRAE LLP

By: */s/--Sophia S. Lau*
Kevin S. Sinclair, Esq.
Nevada Bar No. 12277
Sophia S. Lau, Esq.
Nevada Bar No. 13365
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148

Attorneys for Specially Appearing Defendants Fidelity National Title Insurance Company and Chicago Title Insurance Company

Dated this 13th day of November 2019     WRIGHT, FINLAY & ZAK, LLP

By: */s/--Lindsay D. Robbins*
Matthew S. Carter, Esq.
Nevada Bar No. 9524
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117

Attorneys for Deutsche Bank National Trust Company, as Indenture Trustee, on Behalf of the Holders of the Accredited Mortgage Loan Trust 2004-3 Asset-Backed Notes

**ORDER**

**IT IS SO ORDERED:**

Dated: November 15, 2019     By: _____
                                                                   UNITED STATES MAGISTRATE JUDGE



# CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2019 the foregoing **STIPULATION AND ORDER EXTENDING DEFENDANT CHICAGO TITLE INSURANCE COMPANY'S TIME TO RESPOND TO COMPLAINT (First Request)** was served to all parties and counsel identified on the CM/ECF System via Electronic Notification, including the following:

Lindsay Robbins, Esq.
Wright Finlay & Zak, LLP
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
Email: lrobbins@wrightlegal.net

                                           /s/ *Sophia S. Lau*
                                           SOPHIA S. LAU

