WRIGHT, FINLAY & ZAK, LLP
Matthew S. Carter, Esq.
Nevada Bar No. 9524
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff Deutsche Bank National Trust Company, as Indenture Trustee, on Behalf of the Holders of the Accredited Mortgage Loan Trust 2004-3 Asset-Backed Notes*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ACCREDITED MORTGAGE LOAN TRUST 2004-3 ASSET BACKED NOTES,<br><br>Plaintiff,<br>vs.<br>FIDELITY NATIONAL TITLE INSURANCE COMPANY and CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendants. | Case No.: 2:19-cv-00409-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD FOR DEUTSCHE BANK TO RESPOND TO CHICAGO TITLE'S MOTION TO DISMISS [ECF No. 23]**<br><br>**(First Request)** |

COMES NOW Plaintiff Deutsche Bank National Trust Company, as Indenture Trustee, on Behalf of the Holders of the Accredited Mortgage Loan Trust 2004-3 Asset-Backed Notes ("Deutsche Bank") and Defendant Chicago Title Insurance Company ("Chicago") (collectively, the "Parties"), by and through their counsel of record, hereby agree and stipulate as follows.

1. On November 22, 2019, Chicago filed a Motion to Dismiss [ECF No. 23];

2. Deutsche Bank's response to Chicago's Motion is due December 6, 2019;

3. Deutsche Bank's counsel is requesting an additional twenty-eight (28) days to file its response to Chicago's Motion, and thus requests up to January 3, 2020, to file its Opposition;[1]

4. This extension is requested to allow Counsel for Deutsche Bank additional time to review and respond to the points and authorities cited to in Chicago's Motion;

5. Counsel for Chicago does not oppose the extension; and

///

///

///

///

///

///

---

[1] The Parties intend on filing a Stipulation to Stay Litigation pending the appeal to the Ninth Circuit Court of Appeals in a related matter, entitled *Wells Fargo Bank, N.A. v. Fidelity National Title Ins. Co.*, Ninth Cir. Case No. 19-17332 (District Court Case No. 3:19-cv-00241-MMD-WGC), which would also stay Deutsche Bank's deadline to respond to Chicago's Motion. The instant Stipulation is being submitted in the event the Court does not enter a ruling on the Stipulation to Stay prior to Deutsche Bank's deadline to respond to Chicago's Motion to Dismiss.

6. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 26th day of November, 2019.<br><br>**WRIGHT, FINLAY & ZAK, LLP**<br><br>*/s/ Lindsay D. Robbins*<br>Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorney for Plaintiff Deutsche Bank National Trust Company, as Indenture Trustee, on Behalf of the Holders of the Accredited Mortgage Loan Trust 2004-3 Asset-Backed Notes* | DATED this 26th day of November, 2019.<br><br>**EARLY SULLIVAN WRIGHT GIZER & McRAE LLP**<br><br>*/s/ Kevin S. Sincliar*<br>Kevin S. Sinclair, Esq.<br>Nevada Bar No. 12277<br>Sophia S. Lau, Esq.<br>Nevada Bar No. 13365<br>8716 Spanish Ridge Avenue, Suite 105<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendants, Fidelity National Title Insurance Company and Chicago Title Insurance Company* |

## **ORDER**

**IT IS HEREBY ORDERED** that the above Stipulation to Extend Time Period, (ECF No. 26), for Deutsche Bank to Respond to Chicago Title's Motion to Dismiss is **GRANTED.**

Dated this __26__ day of November, 2019.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT