1  Scott E. Gizer, Esq., Nevada Bar No. 12216
   *sgizer@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
   *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
   GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
5  Telephone: (702) 331-7593
Facsimile: (702) 331-1652
6
   Kevin S. Sinclair, NV Bar No. 12277
7     *ksinclair@sinclairbraun.com*
   SINCLAIR BRAUN KARGHER LLP
8  15260 Ventura Blvd., Suite 715
Sherman Oaks, California 91403
9  Telephone: (213) 429-6100
Facsimile: (213) 429-6101
10
   Attorneys for Defendants
11 FIDELITY NATIONAL TITLE INSURANCE COMPANY
AND CHICAGO TITLE INSURANCE COMPANY
12
   DESIGNATED LOCAL COUNSEL FOR SERVICE OF
13 PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

14 Janet Trost, Esq.
501 S. Rancho Drive
15 Suite H-56
Las Vegas, Nevada 89106
16

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>Plaintiff<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY et al.,<br><br>Defendants | Case No.: 2:19-CV-00409-CDS-~~VCF~~ MDC<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE** |



Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Deutsche Bank National Trust Company and defendants Fidelity National Title Insurance Company and Chicago Title Insurance Company stipulate to the **DISMISSAL WITH PREJUDICE** of this action, with each party to bear its own fees and costs.

Dated:  April 22, 2024                    SINCLAIR BRAUN KARGHER LLP

By:  /s/-Kevin S. Sinclair
KEVIN S. SINCLAIR
Attorneys for Defendants
FIDELITY NATIONAL TITLE INSURANCE COMPANY AND CHICAGO TITLE INSURANCE COMPANY

Dated:  April 22, 2024                    WRIGHT FINLAY & ZAK LLP

By:  /s/-Christina V. Miller
CHRISTINA V. MILLER
Attorneys for Plaintiff
DEUTSCHE BANK NATIONAL TRUST COMPANY

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

Dated: April 23. 2024

